IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CLYDE PLOENSE,

         Plaintiff,

               Case No. 15-C-376
     v.            Chief Judge Griesbach

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

         Defendant.

---

**ORDER VACATING JUDGMENT AND REMANDING CASE
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

---

     Based upon the defendant's unopposed motion for relief from judgment, the May 6, 2016 judgment should be and hereby is vacated and this matter is remanded to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, Ploense's claim will be sent to an ALJ who will further evaluate Ploense's mental residual functional capacity throughout the period at issue as well as his ability to perform work in the national economy on a sustained basis.

     Dated at Green Bay, Wisconsin this 20th day of September, 2016.


                    s/ William C. Griesbach
                    William C. Griesbach, Chief Judge
                    United States District Court